## IN RE Ariel STRAUSS

An Inactive Member of the Bar
of the District of Columbia
Court of Appeals

No. 17–BG–24

District of Columbia Court of Appeals.

Filed September 28, 2017

**Bar Reg. No. 495210**

BEFORE: Beckwith, Associate Judge,
and Steadman and Reid, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order of
the Supreme Judicial Court for Suffolk
County, Massachusetts, suspending respondent from the practice of law for six
months with conditions; this court's June
9, 2017, order temporarily suspending respondent and directing him to show cause
why identical reciprocal discipline should
not be imposed; the statement of Disci-

plinary Counsel regarding reciprocal discipline; respondent's response in which he does not oppose identical reciprocal discipline; and it appearing that respondent filed the required D.C. Bar R. XI, § 14 (g) affidavit on July 10, 2017, it is

ORDERED that Ariel Strauss is hereby suspended from the practice of law in the District of Columbia for a period of six months, subject to the conditions imposed by the state of Massachusetts. *See In re Sibley*, 990 A.2d 483, 487–88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of reinstatement, the suspension will be deemed to run *nunc pro tunc* from July 10, 2017.